**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 96-7637**

———————

RUSS L. BROWN, JR.,

Plaintiff - Appellant,

versus

ALFRED CRAMER, Doctor; VIRGINIA SMITH, Nurse;
CAROLYN GILMORE, Nurse; EARL ISAAC, Major;
JAMES SHIFFLETT, Corporal; OFFICER RORRER,

Defendants - Appellees,

and

ROBERT RUTKOWSKI, Doctor; BENJAMIN ALLEN,
Doctor; LOUISE MALONE, (PT),

Defendants.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CA-95-1193-R)

———————

Submitted:  August 28, 1997        Decided:  September 9, 1997

———————

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

Russ L. Brown, Jr., Appellant Pro Se.  Gene Rodney Young, II, WHARTON, ALDHIZER & WEAVER, Harrisonburg, Virginia; Jill Theresa Bowers, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.
.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Brown v. Rutkowski, No. CA-95-1193-R (W.D. Va. Sept. 30, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2